UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

THE ESTATE OF ERNEST J. STEWART

          Plaintiff(s)  :  **JUDGMENT**

(vs)  :

BAYSIDE STATE PRISON, ET AL.  :  Civil #09-3347   (RBK)

          Defendant(s)  :

---

The caption of the complaint is amended pursuant to F.R.Civ.P 25(a)(1) to substitute the Estate of Ernest J. Stewart in place of Ernest J. Stewart.

The Hon. John W. Bissell, Special Master, appointed by this Court having found on February 1, 2012, and no timely objection having been filed,

IT IS, on this 26th day of March, 2012

ORDERED that the report of Hon. John W. Bissell dated February 13, 2012 is hereby affirmed and Judgment be entered in favor of **plaintiff the Estate of Ernest J. Stewart** and against **defendants William Fauver, Gary Hilton and Scott Faunce** in the amount of $10,000.00 in compensatory damages together with costs of suit, prejudgment interest and reasonable counsel fees.

IT IS FURTHER ORDERED that all claims against remaining defendants be and hereby are dismissed.

                                      HON. ROBERT B. KUGLER, U.S.D.J.